Shari Rusk
Attorney at Law
Bar # 170313
1710 Broadway
Suite 111
Sacramento, CA 95818

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) | Case No.: Cr. S. 04-280 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | REQUEST TO PHONE MEXICO AND |
| vs. | ) | ATTACHED ORDER |
| | ) | |
| Antonio Marcos-Vargas, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

    Mr. Antonio Marcos-Vargas hereby requests that he be able to phone his family in Mexico from the Sacramento County Jail at his own expense. Mr. Vargas has not spoken to his family during his nearly two year incarceration. The jail will allow Mr. Vargas to phone his home in Mexico with an international calling card, if the Court so orders.

    Mr. Vargas requests that good cause appearing, this Court order that the Sheriff of Sacramento County, or his agent or employee, consistent with security procedures, allow defendant Antonio Marcos-Vargas access to a telephone on which he can place a call to the home of his mother in Mexico and that he be allowed to speak with his family members there for at least twenty minutes or for such longer time as the Sheriff may allow. This order is contingent upon the defendant's use an

international telephone calling card so that there will be no long distance costs to the County of Sacramento. The government has no objection to this request.

Dated: March 14, 2006     Respectfully submitted,


                             _/s/Shari Rusk_____
                             Shari Rusk
                             Attorney for Defendant
                             Antonio Marcos Vargas


**ORDER**

   Good cause appearing, IT IS HEREBY ORDERED that the Sheriff of Sacramento County, or its agent or employee, consistent with security procedures, allow defendant ANTONIO MARCUS-VARGAS to place A phone call to his family in Mexico with an international telephone calling card so that there will be no long distance costs to the County of Sacramento.


DATE: March 24, 2006

                             /s/ Frank C. Damrell Jr.
                             Hon. Frank C. Damrell JR.
                             United States District Judge

- 2 -